IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE U. PADILLA, et al, | ) | No. C 12-5984 JSW (PR) |
| Petitioner, | ) ) ) | **ORDER OF DISMISSAL** |
| v. | ) ) | |
| UNITED STATES GOVERNMENT, et al, | ) ) ) | |
| Respondents. | ) ) | |
| _____ | ) | |

      Petitioner, while incarcerated the Contra Costa County Jail, filed an unintelligible pleading over 200 pages in length. On November 26, 2012, the Clerk of the Court filed it as a petition for a writ of habeas corpus and on the same day notified him that he had neither paid the filing fee nor filed a completed application to proceed in forma pauperis ("IFP"). Along with the notice, the Clerk mailed to Petitioner the IFP forms, instructions for completing the forms, and a stamped return envelope. In the notice, Petitioner was informed that the case would be dismissed if he did not either pay the filing fee or file a completed IFP application within thirty days. Petitioner has not paid the fee, filed an IFP application, or shown cause for either his failure or for an extension of the deadline. Accordingly, this case is DISMISSED without prejudice.

      The Clerk shall enter judgment and close the file.

      IT IS SO ORDERED.

DATED: February 26, 2013

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE U PADILLA,

        Plaintiff,

  v.

US GOVERNMENT et al,

        Defendant.

Case Number: CV12-05984 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 26, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose U. Padilla
Program V Unit 405
Metropolitan State Hospital
11401 S. Bloomfield Avenue
Norwalk, CA 90650

Dated: February 26, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk