IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE U. PADILLA, et al, | ) | No. C 12-5984 JSW (PR) |
| Petitioner, | ) ) | **ORDER DENYING CERTIFICATE OF APPEALABILITY AND** |
| v. | ) ) | **APPLICATION TO PROCEED ON APPEAL IN FORMA PAUPERIS** |
| UNITED STATES GOVERNMENT, et al, | ) ) ) | |
| Respondents. | ) | **(Dkt. 13)** |
| _____ | ) | |

Petitioner was given thirty days from November 26, 2012, the date he filed his case, to pay the filing fee or file a completed in forma pauperis application, and cautioned that his failure to do so would result in the dismissal of this case. After four months, on February 26. 2013, petitioner had neither paid the fee nor filed the application, and the case was dismissed without prejudice to filing a new case in which he either pays the filing fee or submits a complete in forma pauperis application. Plaintiff appealed and has filed an application to proceed in forma pauperis on appeal.

Petitioner has failed to make a substantial showing that a reasonable jurist would find this Court's dismissal of his petition on procedural grounds debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Consequently, a certificate of appealability is DENIED. For the same reason, Petitioner's appeal is not taken in "good faith" and consequently leave to proceed on appeal in forma pauperis (docket number 13) is DENIED. *See* 28 U.S.C. § 1915(a)(3).

1  The clerk shall transmit the file, including a copy of this order, to the Court of
2  Appeals. *See* Fed. R.App.P. 22(b); *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir.
3  1997).
4  IT IS SO ORDERED.

6  DATED: May 21, 2013

*[signature]*
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE U PADILLA,

        Plaintiff,

  v.

US GOVERNMENT et al,

        Defendant.

Case Number: CV12-05984 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 21, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose U. Padilla
Program V Unit 405
Metropolitan State Hospital
11401 S. Bloomfield Avenue
Norwalk, CA 90650

Dated: May 21, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk